KEITH YAMANAKA, State Bar No. 78971
General Counsel
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
LEN GARFINKEL, State Bar No. 114815
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155
lgarfinkel@cde.ca.gov
Attorneys for Defendant the California Department of Education

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GUIDING HANDS SCHOOL, INC., et al., <br><br> Defendants. | Case No. 2:20-cv-00635-TLN-KJN <br><br> ORDER GRANTING EX PARTE APPLICATION OF DEFENDANT CALIFORNIA DEPARTMENT OF EDUCATION TO EXCEED APPLICABLE PAGE LIMITS IN MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT |

Having considered the Ex parte Application of Defendant the California Department of Education (CDE) for an Order enlarging the page limits on its opening and reply Memoranda in support of its motion to dismiss to twenty-five and fifteen pages respectively, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant the CDE may file an opening Memorandum in support of its motion to dismiss of up to twenty-five (25) pages; Plaintiffs may file a responding Memorandum of up to twenty-five (25) pages; and the CDE may file a reply Memorandum of up to (15) fifteen pages.

Date: March 25, 2020

Troy L. Nunley
United States District Judge

Case No. 2:20-cv-00635-TLN-KJN     1     Order Granting Ex Parte Application of Defendant CDE to Increase Page Limits