**Seth L. Goldstein, S.B.N. 176882**
**2100 Garden Road, Suite H-8**
**Monterey, California, 93940**
**Telephone  (831) 372 9511**
**Fax           (831) 372 9611**

**Lead-Counsel for Plaintiffs**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

In the Matter of:

| | |
|---|---|
| Stacia LANGLEY, et al, | Case No.: 2:20-cv-00635-TLN-KJN |
| Plaintiffs | |
| vs | CERTIFICATE OF SERVICE |
| GUIDING HANDS SCHOOL, et al | |
| Defendants. | |

I, Seth L. Goldstein, declare:

I am employed in the County of Monterey, State of California.

I am over the age of eighteen (18) years and not a party to the withinaction. My business address is 2100 Garden Road, Suite H-8, California 93940.

On the date below, I served the following:

Plaintiff's Second Amended Complaint, ERRATA

on the parties to this action by electronic service, addressed as follows:

Dominic Spinelli, DomenicS@sdnlaw.com
Cynthia Lawrence, cynthia@sims-law.net
Len Garfinkel, Lgarfinkel@cde.ca.gov
Jason M. Sherman, jason@jsl-law.com
Daniela P. Stoutenburg, daniela.stoutenburg@dbt.law
Eric D. Rouen, rouenlaw@att.net
Jeffrey C. Long, jeffery.long@llg-law.com

[ X ] (BY E MAIL)

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 3, 2020, at Monterey, California.

              /s/ Seth L. Goldstein
              Seth L. Goldstein, Attorney at Law