# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**STACIA LANGLEY , ET AL. ,**

V.

## SUMMONS IN A CIVIL CASE

**GUIDING HANDS SCHOOL, INC. , ET AL. ,**

CASE NO:  **2:20–CV–00635–TLN–KJN**

TO:  **Amador County Office of Education SELPA, Pat Atkins, Carolynne Beno, Eric Bonniksen, Riley Chessman, Tamara Clay, Marilyn Delgado, Kim Dillon, Mitzi Faulkner, Tammy Forrest, Andre Gatewood, Merilee Godbout, Handle with Care Behavioral Management Systems, Inc., Amanda Hinds, Sharon Holstege, Jennifer Jones, Kris Laymon, Meghan Magee, Zach Matlock, Lisa McDonald, Patrick McGrew, Kyle McKoy, Nima Naran, Danielle Oehring, Douglas Phillips, Pollock Pines Elementary School District, Amy Slavensky, Tony Thurmond, David Toston, Kim Triguero, Betty Jo Wessinger, Diana Browning Wright**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Seth Louis Goldstein**
**2100 Garden Road, Ste H–8**
**Monterey, CA 93940**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

**/s/  A. Kastilahn**

(By) DEPUTY CLERK



**ISSUED ON 2020–05–08 08:44:49.0** , Clerk
USDC EDCA

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

_____
_____

☐ Other (specify) :_____

_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                              Date                                          *Signature of Server*

                                                        _____
                                                         *Address of Server*