1  **SPINELLI, DONALD & NOTT**
   A Professional Corporation
2  Domenic D. Spinelli, SBN: 131192
   601 University Avenue, Suite 225
3  Sacramento, CA 95825
   Telephone: (916) 448-7888
4  Facsimile: (916) 448-6888

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| STACIA LANGLEY, ET AL. | Case No.: 2:20-cv-00635-TLN-KJN |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL OF SACRAMENTO COUNTY OFFICE OF EDUCATION AND THE SACRAMENTO COUNTY OFFICE OF EDUCATION'S SELPA** |
| vs. | |
| GUIDING HANDS SCHOOL, INC., ET AL. | |
| Defendants, | |
| _____ / | |

**TO THE COURT, ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties and attorneys for the parties as follows:

WHEREAS, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-referenced case should be dismissed with prejudice as to Defendants Sacramento County Office of Education and Sacramento County Office of Education's SELPA with each side to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: May 15, 2020

By: __*/s/ Seth Goldstein*__
Seth Goldstein
Attorney for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL REGARDING SCOE AND SCOE'S SELPA

1

1 | Dated:  May 13, 2020                              SPINELLI, DONALD & NOTT

                                                    By:  */s/ Domenic D. Spinelli*
                                                           DOMENIC D. SPINELLI

# **ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice as to Defendants Sacramento County Office of Education and Sacramento County Office of Education's SELPA. The Clerk is directed to send copies of this Order to all counsel and parties of record.

Dated: May 18, 2020

_____
Troy L. Nunley
United States District Judge