1  **SPINELLI, DONALD & NOTT**
   A Professional Corporation
2  Domenic D. Spinelli, SBN: 131192
   601 University Avenue, Suite 225
3  Sacramento, CA 95825
   Telephone: (916) 448-7888
4  Facsimile: (916) 448-6888

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| STACIA LANGLEY, ET AL. | Case No.: 2:20-cv-00635-TLN-KJN |
|---|---|
| Plaintiffs, vs. | **STIPULATION AND ORDER OF DISMISSAL OF THE FIRST CAUSE OF ACTION FOR VIOLATIONS OF TITLE II OF THE ADA OF 1990, 42 U.S.C. SECTION 12110 ET. SEQ; AND DISMISSAL OF THE SECOND CAUSE OF ACTION FOR VIOLATIONS OF SECTION 504 OF THE REHABILITATION ACT OF 1973, AS AMENDED, 29 U.S.C. SECTION 795 (504) BY LAURA KINSER, INDIVIDUALLY, AND AS GAL FOR D.Z AS TO THE FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT AND THE FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT'S SELPA** |
| GUIDING HANDS SCHOOL, INC., ET AL. | |
| Defendants, | |

**TO THE COURT, ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

<u>STIPULATION</u>

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties and attorneys for the parties as follows:

WHEREAS, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-referenced case should be dismissed with prejudice as to the First Cause of Action for Violations of Title II of the Americans with Diisabilities Act of 1990, 42 U.S.C. section 12110 et. Seq; and the

Second Cause of Action for Violations of Section 504 of the Rehabilitation Act of 1973, as Amended, 29 U.S.C. Section 795 (504) by Laura Kinser, individually, and as GAL for D.Z as to Folsom Cordova Unified School District and the Folsom Cordova Unified School District's SELPA.

    IT IS SO STIPULATED.

Dated: May 15, 2020

                                By:  */s Seth Goldstein*
                                    Seth Goldstein
                                    Attorney for Plaintiffs

Dated: May 13, 2020                  SPINELLI, DONALD & NOTT

                                  By*:   /s/ Domenic D. Spinelli*
                                    DOMENIC D. SPINELLI

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED that the First Cause of Action for Violations of Title II of the Americans with Disibilities Act of 1990, 42 U.S.C. section 12110 et. Seq; and the Second Cause of Action for Violations of Section 504 of the Rehabilitation Act of 1973, as Amended, 29 U.S.C. Section 795 (504) by Laura Kinser, individually, and as GAL for D.Z, are DISMISSED with prejudice as to Folsom Cordova Unified School District and the Folsom Cordova Unified School District's SELPA. The Clerk is directed to send copies of this Order to all counsel and parties of record.

Dated: May 18, 2020

Troy L. Nunley
United States District Judge