**SPINELLI, DONALD & NOTT**
A Professional Corporation
Domenic D. Spinelli, SBN: 131192
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, ET AL.<br><br>          Plaintiffs,<br>   vs.<br>GUIDING HANDS SCHOOL, INC., ET AL.<br><br>          Defendants,<br>_____/ | Case No.: 2:20-cv-00635-TLN-KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL OF EL DORADO COUNTY OFFICE OF EDUCATON AND THE EL DORADO COUNTY OFFICE OF EDUCATION'S SELPA, DAVID TOSTON, AND TAMARA CLAY** |

**TO THE COURT, ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

<u>STIPULATION</u>

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties and attorneys for the parties as follows:

WHEREAS, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-referenced case should be dismissed with prejudice as to Defendants El Dorado County Office of Education, the El Dorado County Office of Education's SELPA, David Toston, and Tamara Clay, with each side to bear their own fees and costs.

IT IS SO STIPULATED.
Dated: May 15, 2020

                                    By: _/s/ Seth Goldstein_____
                                          Seth Goldstein
                                          Attorney for Plaintiffs

1 | Dated: May 13, 2020            SPINELLI, DONALD & NOTT

                                     By:   /S/ Domenic D. Spinelli
                                           DOMENIC D. SPINELLI

**ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice as to Defendants El Dorado County Office of Education, the El Dorado County Office of Education's SELPA, David Toston, and Tamara Clay. The Clerk is directed to send copies of this Order to all counsel and parties of record.

Dated: May 18, 2020

Troy L. Nunley
United States District Judge