JASON M. SHERMAN, ESQ. (SBN 245190)
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail:  jason@jsl-law.com / kristen@jsl-law.com

Attorneys for DEFENDANT:
YOLO COUNTY OFFICE OF EDUCATION (erroneously sued as "Yolo County SELPA"), CAROLYNNE BENO, and SHARON HOLSTEGE

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, INC., et al., and DOES 1-100, inclusive<br><br>　　　Defendants. | **CASE NO. 2:20-cv-00635-TLN-KJN**<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANTS YOLO COUNTY OFFICE OF EDUCATION, CAROLYNNE BENO, AND SHARON HOLSTEGE TO FILE RESPONSIVE PLEADINGS PURSUANT TO LOCAL RULE 144(a)**<br><br>[Filing Fee Exempt Pursuant to Government Code §6103]<br><br>State Complaint Filed:  November 7, 2019<br>Removed:　　　　　　　March 23, 2020<br>Trial Date:　　　　　　　None Set |

PURSUANT TO THE STIPULATION BETWEEN THE PARTIES AND GOOD CAUSE APPEARING, Defendants Yolo County Office of Education, Carolynne Beno, and Sharon Holstege's time to file a responsive pleading is extended to June 5, 2020.

Date: May 26, 2020

_____
Troy L. Nunley
United States District Judge