UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GUIDING HANDS SCHOOL, INC. et al., and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | No. 2:20-cv-00635-TLN-KJN<br><br>**ORDER GRANTING REQUEST TO SEAL** |

In order to comply with Federal Rule of Civil Procedure 5.2 and Local Rule 140, and good cause appearing to protect the privacy of a minor, Defendants' Request to Seal Exhibits 1, 2, and 3 of the Request for Judicial Notice (ECF No. 50) is GRANTED as follows:

(1) The Clerk of the Court is directed to SEAL Defendants' Request for Judicial Notice at ECF No. 34-2.

(2) Defendants are ordered to refile the Request for Judicial Notice and Exhibits with redactions in compliance with Fed. R. Civ. Proc. 5.2 and Local Rule 140 within five days of the date of electronic filing of this Order.

IT IS SO ORDERED.

DATED: June 16, 2020

　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1