UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, Inc., et al.,<br><br>Defendants. | No. 2:20-cv-00635-TLN-KJN<br><br><br>**SEALING ORDER** |

In order to comply with Federal Rule of Civil Procedure 5.2 and Local Rule 140, and good cause appearing to protect the privacy of certain minors and related student educational records, Plaintiffs' Request to Seal (ECF No. 90) is GRANTED in part. More specifically, Plaintiffs seek the sealing of "Exhibits 7, 8, 11, 14 and 21 to the Declaration of Seth Goldstein in Support of Plaintiffs' Request for Judicial Notice at [ECF] No. 89." (ECF No. 90.) The documents filed at ECF No. 89, however, are already appropriately redacted and need not be sealed. Rather, it appears Plaintiffs filed the entirety of Exhibits 7, 8, 11, 14, and 21 at ECF No. 87. Those documents have been sealed pursuant to Plaintiffs' Notice of Errata (ECF No. 95), but should nonetheless be SEALED until further order of this Court. Therefore, it is ORDERED that the following documents remain UNDER SEAL:

- Exhibits 7, 8, 11, 14 and 21 filed in Support of Plaintiffs' Request for Judicial Notice, which documents are filed at ECF No. 87.

1

The Court understands various Defendants have objected to the timeliness of any and all filings by Plaintiffs after July 9, 2020, relating to Plaintiffs' oppositions to Defendants motions to dismiss, strike, and/or sever.  To the extent Defendants intend to object to Plaintiffs' request to seal the above documents, such objections are overruled in light of the privacy concerns articulated above.  To the extent Defendants intend to object to the underlying request(s) for judicial notice, oppositions, or any other purportedly tardy filings, Defendants may file such objections with the Court on the docket.

IT IS SO ORDERED.

DATED: July 15, 2020

Troy L. Nunley
United States District Judge

2