UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>GUIDING HANDS SCHOOL, et al.,<br><br>                    Defendants. | Case No.: 2:20-cv-00635-TLN-KJN<br><br>**ORDER APPOINTING TIMOTHY PETERSEN AS GUARDIAN AD LITEM FOR AUSTIN PETERSEN** |

     Good cause appearing and pursuant to Federal Rule of Civil Procedure 17(c), the Court GRANTS the parties' motion. (ECF No. 124.) Timothy Petersen is now appointed guardian *ad litem* of Austin Petersen.

     IT IS SO ORDERED.

DATED: May 3, 2021

                                                      Troy L. Nunley
                                                      United States District Judge