Seth L. Goldstein, S.B.N. 176882
slglawoffice@gmail.com
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone (831) 372 9511
Fax (831) 372 9611
Lead-Counsel for Plaintiffs

Merit Bennett, *Pro Hac Vice*
mb@thebennettlawgroup.com
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone: (505) 983-9834
Fax: (505) 983-9836
Co-Counsel for Plaintiffs

Mike Bomberger, S.B.N. 169866
Estey and Bomberger
2869 India Street
San Diego, California 92103
Telephone: (619) 295-0035
Counsel for Plaintiff David Benson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, Inc., et al.,<br><br>Defendants. | **Case No. 2:20-cv-00635-TLN-KJN**<br><br>**ORDER TO CONTINUE HEARING AND EXTEND RESPONSE DEADLINE TO DOCS. 135 -148**<br><br>**DATE:**   June 24, 2021<br><br>**TIME:**   2:00 p.m.<br><br>**Judge:**   Hon. Troy L. Nunley<br><br>**TAC Filed: 04.30.21** |

**ORDER TO CONTINUE HEARING
AND EXTEND RESPONSE DEADLINE TO DOCS. 135 -148**

1. Pursuant to the parties' Stipulated Motion to Continue Hearing and Extend Response Deadline to Docs. 135 -148 and compelling reasons having been shown, the hearing currently set for June 24, 2021, shall be vacated.

2. Oppositions to the various Motions to Dismiss and Motions to Sever are now due to be filed no later than July 1, 2021, and the Replies to those Motions are now due to be filed no later than July 16, 2021.

**3.** The new hearing date for the Motions to Dismiss and Motions to Sever is set by the Court for **August 5, 2021, at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED: June 10, 2021

Troy L. Nunley
United States District Judge