1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    STACIA LANGLEY, et al.,                 No. 2:20-cv-00635-TLN-KJN

12                   Plaintiffs,

13            v.                              **NOTICE OF RELATED CASE ORDER**

14    GUIDING HANDS SCHOOL, INC., et al.,

15                   Defendants.

16

17    LOUIE MARQUES, et al.,                  No. 2:22-cv-00150-KJM-JDP

18                   Plaintiffs,

19            v.

20    GUIDING HANDS SCHOOL, INC., et al.,

21                   Defendants.

22

23          Examination of the above-entitled actions reveals that they are related within the meaning

24    of Local Rule 123(a).  The actions involve the same parties, are based on the same claims, the

25    same event, the same questions of fact and the same questions of law, and would therefore entail

26    a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the

27    matters to the same judge is likely to affect a substantial savings of judicial effort and is also

28    likely to be convenient for the parties.

1

1    IT IS THEREFORE ORDERED that the action denominated 2:22-cv-00150-KJM-JDP is

2   hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J. Newman for

3   all further proceedings.  Any dates currently set in the reassigned case are hereby VACATED.

4   Henceforth, the caption on documents filed in the reassigned case shall be known as 2:22-cv-

5   00150-TLN-KJN.  IT IS FURTHER ORDERED that the Clerk of Court make appropriate

6   adjustment in the assignment of civil cases to compensate for this reassignment and issue.

7    IT IS SO ORDERED.

8   DATED:  January 28, 2022

9

10

11   _____
    Troy L. Nunley
    United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2