Seth L. Goldstein, S.B.N. 176882
slglawoffice@gmail.com
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone (831) 372 9511
Fax (831) 372 9611
Lead-Counsel for Plaintiffs

Merit Bennett, *Pro Hac Vice*
mb@thebennettlawgroup.com
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone: (505) 983-9834
Fax: (505) 983-9836
Co-Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GUIDING HANDS SCHOOL, Inc., et al., <br><br> Defendants. | **Case No. 2:20-cv-00635-TLN-KJN** <br><br> **ORDER APPOINTING GUARDIAN AD LITEM** <br><br> **Judge: Hon. Troy L. Nunley** |

The court having considered the petition of Cherilyn Calter for the appointment of Sarah Walters as guardian ad litem for J.P. who is a minor and good cause appearing therefore,

1      IT IS HEREBY ORDERED that Sarah Walters be, and she is, hereby appointed as guardian ad litem for J.P., a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

Dated: November 1, 2022

                                             Troy L. Nunley
                                             United States District Judge