Seth L. Goldstein, S.B.N. 176882
slglawoffice@gmail.com
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone (831) 372 9511
Fax (831) 372 9611
Lead-Counsel for Plaintiffs

Merit Bennett, *Pro Hac Vice*
mb@thebennettlawgroup.com
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone: (505) 983-9834
Fax: (505) 983-9836
Co-Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, Inc., et al.,<br><br>Defendants. | **Case No. 2:20-cv-00635-TLN-KJN**<br><br>**ORDER APPOINTING GUARDIAN AD LITEM**<br><br>**Judge: Hon. Troy L. Nunley** |

The court having considered the petition of for the appointment of Anthony Mattuchio as guardian ad litem for E.D who is a minor and good cause appearing therefore,

IT IS HEREBY ORDERED that Anthony Mattuchio be, and he is, hereby appointed as guardian ad litem for E.D., a plaintiff in the above-entitled action, and he is authorized to institute and prosecute the action mentioned in the petition.

Dated: November 2, 2022

Troy L. Nunley
United States District Judge