Seth L. Goldstein, S.B.N. 176882
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone (831) 372 9511
Fax (831) 372 9611
Lead-Counsel for Plaintiffs

Merit Bennett, *Pro Hac Vice*
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone: (505) 983-9834
Fax: (505) 983-9836
Co-Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GUIDING HANDS SCHOOL, Inc., et al., <br><br> Defendants. | Case No. 2:20-cv-00635-TLN-KJN <br><br> **ORDER APPOINTING GUARDIAN AD LITEM** |

**ORDER APPOINTING GUARDIAN AD LITEM**

The Court, having considered the petition of Petitioner Plaintiff M.S. for the appointment of Christopher Stark as guardian ad litem for Petitioner Plaintiff M.S. who is an incompetent adult, and good cause appearing therefore,

IT IS HEREEBY ORDERED that Rebecca Espinoza be, and she is therefore, hereby appointed to serve as guardian ad litem for Petitioner Plaintiff M.S., in the above-entitled action, and she is hereby authorized to prosecute to resolution the action referenced in the Petition.

DATE: December 5, 2022

Troy L. Nunley
United States District Judge