| | |
|---|---|
| Seth L. Goldstein, S.B.N. 176882 | Merit Bennett, *Pro Hac Vice* |
| 2100 Garden Road, Suite H-8 | 460 St. Michael's Drive, Suite 703 |
| Monterey, California, 93940 | Santa Fe, New Mexico 87505 |
| Telephone (831) 372 9511 | Telephone: (505) 983-9834 |
| Fax (831) 372 9611 | Fax: (505) 983-9836 |
| Lead-Counsel for Plaintiffs | Co-Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al., | **Case No. 2:20-cv-00635-TLN-KJN** |
| Plaintiffs, | **<u>AMENDED</u> ORDER APPOINTING GUARDIAN AD LITEM** |
| v. | |
| GUIDING HANDS SCHOOL, Inc., et al., | |
| Defendants. | |

**AMENDEDED ORDER APPOINTING GUARDIAN AD LITEM**

The Court, having considered the petition of Petitioner Plaintiff M.S. for the appointment of Christopher Stark as guardian ad litem for Petitioner Plaintiff M.S. who is an incompetent adult, and good cause appearing therefore,

IT IS HEREEBY ORDERED that Christopher Stark be, and she is therefore, hereby appointed to serve as guardian ad litem for Petitioner Plaintiff M.S., in the above-entitled action, and she is hereby authorized to prosecute to resolution the action referenced in the Petition.

DATED: December 6, 2022

_____
Troy L. Nunley
United States District Judge