1

DeMaria Law Firm, APC
Anthony N. DeMaria, #177894

2

*ADemaria@demarialawfirm.com*
1684 W. Shaw Ave. Suite 101

3

Fresno, California 93711
Telephone:     (559) 206-2410

4

Facsimile:     (559) 570-0126

5

Attorney for Defendant, Amador County Unified
School District,

6

7

Seth L. Goldstein
Law Offices of Seth L. Goldstein

8

2100 Garden Rd.
Ste H8

9

Monterey, CA 93940
Telephone: 831-372-9511

10

Fax: 831-372-9611
Email: slglawoffice@gmail.com

11

Lead-Counsel for Plaintiffs

12

Merit Bennett, Pro Hac Vice
mb@thebennettlawgroup.com

13

460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505

14

Telephone: (505) 983-9834
Fax: (505) 983-9836

15

Co-Counsel for Plaintiffs

16

Attorneys for Plaintiffs STACIA LANGLEY, et
al.

17

18

19

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| **STACIA LANGLEY; ESTATE OF MAX BENSON; DAVID BENSON; M.S., BY AND THROUGH HIS NEXT FRIEND, MELANIE STARK; MELANIE STARK; E.D., BY AND THROUGH HIS NEXT FRIENDS, ROBERT DARROUGH AND KRISTIN COUGHLIN; ROBERT DARROUGH; KRISTIN COUGHLIN; D.Z., THROUGH HIS GUARDIAN AD LITEM, REBECCA ESPINOZA ; LAURA KINSER; S.D., BY AND THROUGH HIS NEXT FRIEND, CHRISTOPHER DAVIS; CHRISTOPHER DAVIS; J.P., BY AND THROUGH HIS NEXT FRIEND,** | Case No. 2:20-cv-00635-TLN-KJN<br><br>**STIPULATION TO CONTINUE THE RESPONSE DATE AFTER THE COURT ISSUES AN ORDER LIFTING THE STAY OF THE CASE; and ORDER**<br><br>Third Amended Complaint Filed: 04.30.21<br><br>Judge: Hon. Troy L. Nunley |

1   CHERILYN CALER; CHERILYN
    CALER; H.K., BY AND THROUGH HIS
2   NEXT FRIEND, SUZANNE MULLER;
    SUZANNE MULLER; AUSTIN
3   PETERSEN, THROUGH HIS GUARDIAN
    AD LITEM, TIMOTHY PETERSEN;
4
                Plaintiffs,
5
            v.
6
    GUIDING HANDS SCHOOL, INC.;
7   CALIFORNIA DEPARTMENT OF
    EDUCATION; DAVIS JOINT UNIFIED
8   SCHOOL DISTRICT; YOLO COUNTY
    SPECIAL EDUCATION LOCAL PLAN
9   AREA; YOLO COUNTY OFFICE OF
    EDUCATION; JENNIFER GALAS;
10  PATRICK MCGREW; RILEY
    CHESSMAN; SHARON HOLSTEGE;
11  CAROLYNNE BENO; ELK GROVE
    UNIFIED SCHOOL DISTRICT; ELK
12  GROVE SELPA; DOUG PHILLIPS;
    MARILYN DELGADO; FOLSOM
13  CORDOVA UNIFIED SCHOOL
    DISTRICT; FOLSOM CORDOVA
14  SELPA; BETTY JO WESSINGER; KIM
    TRIGUERO; MEGHAN MAGEE;
15  AMADOR COUNTY UNIFIED SCHOOL
    DISTRICT; AMY SLAVENSKY; MITZI
16  FAULKNER; ROCKLIN UNIFIED
    SCHOOL DISTRICT; POLLOCK PINES
17  ELEMENTARY SCHOOL DISTRICT;
    PAT ATKINS; LICIA MCDONALD;
18  STARANNE S. MEYERS; CINDY
    KELLER; JENNIFER CHRISTENSON;
19  NIMA NARAN; KIMBERLY
    WOHLWEND; BETTY MORGAN; JILL
20  WATSON; LINDA STEARN; MICHAEL
    SMITH; MELANIE ALLEN; LE'MON
21  THOMAS; DAVID CHAMBERS; ANDRE
    GATEWOOD; KIM DILLON; KRIS
22  LAYMON; AMANDA HINDS; ROBIN
    SCHUMANN; ZACK MATLOCK; KYLE
23  MCCOY; SANDRA ROMANO;JENNIFER
    JONES; MERILEE GODBOUT
24
                Defendants.
25

26

27          IT IS HEREBY STIPULATED by and between Defendant, Amador County Unified

28  School District, and Plaintiffs STACIA LANGLEY; ESTATE OF MAX BENSON; DAVID

                                            2

1  BENSON; M.S., BY AND THROUGH HIS NEXT FRIEND, MELANIE STARK; MELANIE

2  STARK; E.D., BY AND THROUGH HIS NEXT FRIENDS, ROBERT DARROUGH AND

3  KRISTIN COUGHLIN; ROBERT DARROUGH; KRISTIN COUGHLIN; D.Z., THROUGH HIS

4  GUARDIAN AD LITEM, REBECCA ESPINOZA; LAURA KINSER; S.D., BY AND THROUGH

5  HIS NEXT FRIEND, CHRISTOPHER DAVIS; CHRISTOPHER DAVIS; J.P., BY AND

6  THROUGH HIS NEXT FRIEND, CHERILYN CALER; CHERILYN CALER; H.K., BY AND

7  THROUGH HIS NEXT FRIEND, SUZANNE MULLER; SUZANNE MULLER; AUSTIN

8  PETERSEN, THROUGH HIS GUARDIAN AD LITEM, TIMOTHY PETERSEN ("Plaintiffs"),

9  that:

10      1.      Plaintiffs has served Defendant, ACUSD, with the Third Amended Complaint filed

11  in the above-entitled action;

12      2.      On March 1, 2022, this Court issued an order staying the proceedings as to all parties,

13  pending completion of the concurrent criminal proceedings.

14      3.      As of the date of service of the Third Amended Complaint on November 22, 2022,

15  and as of the filing of this stipulation, the Court did not lift the stay.

16      4.      The parties have stipulated and agreed that Defendant, ACUSD, shall not be required

17  to answer or file a responsive pleading to the Third Amended Complaint until 21 days after the stay

18  of this matter is lifted by the Court.

19      5.      Additionally, the parties have stipulated and agreed that Defendant shall be deemed

20  served with the Third Amended Complaint after the Court issues an order lifting the stay in this

21  matter.

22      THEREFORE, the parties hereby agree to the following:

23      Defendant, ACUSD, will be deemed served with the Third Amended Complaint after the

24  Court issues an order to lift the stay in this matter. Defendant will be required to file a responsive

25  pleading to the Plaintiffs' Third Amended Complaint within 21 days after the stay of this matter is

26  lifted by the Court.

27  **IT IS SO STIPULATED.**

28

3

1    Dated:  December 5, 2022                                DeMaria Law Firm, APC

2

3
                                               By:_____/s/ Anthony N. DeMaria_____
4                                                        Anthony N. DeMaria
                                              Attorneys for Defendant, Amador County Unified
5                                                         School District,

6

7

8    Dated:  December 7, 2022

9

10
                                               By:_____/s/ Seth L. Goldstein_____
11                                                        Seth L. Goldstein
                                              Attorney for Plaintiffs STACIA LANGLEY, et al.
12

13

14   Dated:  December 7, 2022

15

16
                                               By:_____/s/ Merit Bennett_____
17                                                           Merit Bennett
                                              Attorney for Plaintiffs STACIA LANGLEY, et al.
18

19

20

21

22

23

24

25

26

27

28

                                                 4

1                                    ORDER

2          As based upon the stipulation of counsel, the current order to stay the case, and good cause,

3  appearing therefore, the Court hereby GRANTS the parties' stipulation and Orders as follows:

4     1. Defendant, Amador County Unified School District, shall have it's time to respond to the Third

5  Amended Complaint until after the current stay is lifted by the Court.

6     2. Defendant, Amador County Unified School District, shall be required to file a responsive

7  pleading to the Plaintiffs' Third Amended Complaint within 21 days after the date the Court orders

8  the stay lifted in this case.

9

10  DATED: December 8, 2022

11                                            _____
                                               Troy L. Nunley
                                               United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28