UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al., | No. 2:20-cv-00635-DJC-KJN |
| Plaintiffs, | |
| v. | ORDER SUBSTITUTING GUARDIAN AD LITEM |
| GUIDING HANDS SCHOOL, Inc., et al., | |
| Defendants. | |

Plaintiff S.D., a minor, moves this Court for the substitution of Jeremy Sundby as *guardian ad litem* in place of his current *guardian ad litem* Adrienne Kyle, who is no longer able to serve.  (Mot. (ECF No. 283) at 1-2.)  This Motion is unopposed.

In assessing the propriety of a proposed guardian ad litem, courts typically consider the candidate's "experience, objectivity, and expertise" or previous relationship with the minor.  *See AT&T Mobility, LLC v. Yeager*, 143 F. Supp. 3d 1042, 1053 (E.D. Cal. 2015).  Here, Sundby attests that he is a long-term friend of Plaintiff S.D.'s family who is fully competent to understand and protect the rights of Plaintiff S.D.  (Aff. (ECF No. 285) at 2.)  Specifically, Sundby states he was Plaintiff S.D.'s neighbor for many years and personally interacted with Plaintiff S.D. regularly until Plaintiff S.D.'s family moved from California to Pennsylvania but continues to maintain contact with Plaintiff S.D. on a regular basis.  (*Id.*)  Further, Sundby states he is

currently employed as a resident psychologist in Sacramento, has no interests adverse to those of Plaintiff S.D., and is willing to serve in lieu of Kyle. (*Id.*) The Court is satisfied that Sundby will be competent, willing, and dedicated *guardian ad litem* for Plaintiff S.D.

    For the reasons set forth above, the Court hereby ORDERS that Jeremy Sundby is appointed *guardian ad litem* for Plaintiff S.D. in the above-entitled action and authorizes him to prosecute this action to resolution.

    IT IS SO ORDERED.

Dated:   **August 11, 2023**

*/s/ Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE