**SPINELLI, DONALD & NOTT**
A Professional Corporation
Domenic D. Spinelli (State Bar No. 131192)
Ross R. Nott (State Bar No. 172235)
300 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
domenics@sdnlaw.com
rossn@sdnlaw.com

ATTORNEYS FOR DEFENDANTS
ELK GROVE UNIFIED SCHOOL DISTRICT,
ELK GROVE SELPA, DOUG PHILLIPS and
MARILYN DELGADO; FOLSOM CORDOVA
UNIFIED SCHOOL DISTRICT, FOLSOM CORDOVA
SELPA, BETTY JO WESSINGER, KIM TRIGUERO,
and MEGHAN MAGEE; POLLOCK PINES ELEMENTARY
SCHOOL DISTRICT, PAT ATKINS and LICIA MCDONALD

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al. | Case No.: 2:20-CV-00635-DJC-CSK |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |
| vs. | |
| GUIDING HANDS SCHOOL, INC. et al., and DOES 1 through 100, inclusive, | Judge: Hon. Daniel J. Calabretta |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs D.Z., and his mother, Laura Kinser, M.S., and his mother, Melanie Stark, and S.D., and his father, Christopher Davis, (hereinafter collectively referred to as "PLAINTIFFS") and Defendants ELK GROVE UNIFIED SCHOOL DISTRICT, ELK GROVE SELPA, DOUG PHILLIPS, MARILYN DELGADO, FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT, FOLSOM CORDOVA SELPA, BETTY JO WESSINGER, KIM TRIGUERO, MEGHAN

MAGEE; POLLOCK PINES ELEMENTARY SCHOOL DISTRICT, PAT ATKINS and LICIA MCDONALD (hereinafter collectively referred to as "DEFENDANTS"), by and through their respective attorneys of record, and, all being of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, the Third Amended Complaint, and each and every count and claim asserted therein and any and all prior complaints, be dismissed with prejudice, each party to bear their own costs, expenses and fees. The court has previously approved the settlements of minors M.S. and S. D. and has approved all three settlements with these PLAINITFFS by these DEFENDANTS to be in good faith.

**IT IS SO STIPULATED.**

Dated: 2-5-2025

SPINELLI, DONALD & NOTT

By: [signature]
Domenic D. Spinelli
Ross R. Nott
Attorneys for Defendants,
ELK GROVE UNIFIED SCHOOL DISTRICT, ELK GROVE SELPA, DOUG PHILLIPS, MARILYN DELGADO; FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT, FOLSOM CORDOVA SELPA, BETTY JO WESSINGER, KIM TRIGUERO, MEGHAN MAGEE; POLLOCK PINES ELEMENTARY SCHOOL DISTRICT, PAT ATKINS and LICIA MCDONALD

Dated: 1-29-25

Law Offices of Seth L. Goldstein

By: [signature]
Seth L. Goldstein
Attorney for Plaintiffs D.Z., M.S. and S.D.

Dated: 02/05/2025

The Bennett Law Group LLC

By: [signature]
Merit Bennett
Attorney for Plaintiffs D.Z., M.S. and S.D.

## ORDER

It is hereby ordered that PLAINTIFFS claims against DEFENDANTS shall be and are dismissed with prejudice pursuant to the terms set forth herein.

**IT IS SO ORDERED.**

Dated:  February 10, 2025          BY: _____

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE