UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>GUIDING HANDS SCHOOL, INC., et al.,<br><br>   Defendants. | No. 2:20-cv-00635-DJC-CSK<br><br>**ORDER** |

In accordance with the Court's prior order (ECF No. 338) and the parties' Joint Statement indicating the appropriate parties to be severed (ECF No. 339) IT IS HEREBY ORDERED that the claims of the Langley Defendants are severed from this action. A new case shall be opened for this action. It shall be marked as related to this action and assigned to the undersigned and Magistrate Judge Chi Soo Kim. The Third Amended Complaint of this action (ECF No. 126) shall be transferred to the new action to serve as the operative complaint.[1]

The following individuals shall be designated as Plaintiffs in the newly created action:

- Plaintiff Estate of Max Benson
- Plaintiff Stacia Langley

---

[1] Only the claims of the severed Plaintiffs shall be the active claims in the severed action

1

- Plaintiff David Benson

Additionally, the following individuals shall be designated as Defendants in the newly created action:

- Defendant Guiding Hands School, Inc. (GHS)
- Defendant California Department of Education (CDE)
- Defendant Davis Joint Unified School District (DJUSD)
- Defendant Handle With Care Behavior Management System, Inc. (HWC)
- Defendant Yolo County Special Education Local Plan Area (YOLO SELPA)
- Defendant Yolo County Office of Education (YOLO COE)
- Defendant Kimberly Wohlwend
- Defendant Betty Morgan
- Defendant Jill Watson
- Defendant Le'Mon Thomas
- Defendant David Chambers
- Defendant Jennifer Galas
- Defendant Patrick McGrew
- Defendant Riley Chessman
- Defendant Sharon Holstege
- Defendant Carolynne Beno
- Defendant Staranne Meyers
- Defendant Cindy Keller
- Defendant Jennifer Christenson
- Defendant Nima Naran

The following individuals shall be terminated as parties to the present action:

- Estate of Max Benson
- Stacia Langley
- David Benson
- Jennifer Galas

2

- Betty Morgan
- Jill Watson
- Le'mon Thomas
- Yolo County SELPA
- Davis Joint Unified School District
- Patrick McGrew
- Riley Chessman
- Sharon Holstege
- Carolynne Beno
- Yolo County Office of Education

All other parties not expressly listed above as terminated from this action shall remain parties to the present action.

IT IS SO ORDERED.

Dated: **February 25, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE