| | |
|---|---|
| Seth L. Goldstein, S.B.N. 176882<br>2100 Garden Road, Suite H-8<br>Monterey, California, 93940<br>Telephone (831) 372 9511<br>Fax (831) 372 9611<br>Lead-Counsel for Plaintiffs | Merit Bennett, *Pro Hac Vice*<br>460 St. Michael's Drive, Suite 703<br>Santa Fe, New Mexico 87505<br>Telephone: (505) 983-9834<br>Fax: (505) 983-9836<br>Co-Counsel for Plaintiffs |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GUIDING HANDS SCHOOL, Inc., et al.,<br><br>　　　　Defendants. | **Case No. 2:20-cv-00635-DJC-CSK**<br><br>**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST INDIVIDUAL GHS DEFENDANTS**<br><br>**Judge: Hon. Daniel J. Calabretta**<br><br>**Trial Date: Not Set | Stayed** |

**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST INDIVIDUAL GHS DEFENDANTS**

　　The Court, having considered the Parties' stipulated dismissal, and good cause appearing therefore, hereby orders as follows:

　　PLAINTIFFS' claims against DEFENDANTS shall be and are hereby dismissed without prejudice.

　　Plaintiffs are not precluded from seeking leave to amend the operative Complaint to re-name any of the subject Defendants if discovery later reveals grounds to do so.

　　Defendants are not precluded from opposing any such motion for leave to amend.

　　Any such motion shall be filed no later than 90 days prior to the close of fact discovery and/or the deadline to file a motion for summary judgment, whichever is sooner.

1  In the event the Court later grants a motion by Plaintiff for leave to amend that permits
2  Plaintiff to re-name one or more of the subject Defendants as a Defendant, any and all applicable
3  statute(s) of limitation shall be deemed equitably tolled during the period of the re-named
4  Defendant(s) dismissal from this litigation, as though no such dismissal had occurred.

5  **IT IS SO ORDERED.**

7  Dated:  May 5, 2025                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
8                                         UNITED STATES DISTRICT JUDGE