Seth L. Goldstein, S.B.N. 176882
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone (831) 372 9511
Fax (831) 372 9611
Lead-Counsel for Plaintiffs

Merit Bennett, *Pro Hac Vice*
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone: (505) 983-9834
Fax: (505) 983-9836
Co-Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, Inc., et al.,<br><br>Defendants. | Case No. 2:20-cv-00635-DJC-CSK<br><br>**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST INDIVIDUAL GHS DEFENDANT KIM DILLON**<br><br>**Judge: Hon. Daniel J. Calabretta**<br><br>**Trial Date: Not Set | Stayed** |

**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST INDIVIDUAL GHS DEFENDANT KIM DILLON**

The Court, having considered the Parties' stipulated dismissal, and good cause appearing therefore, hereby orders as follows:

PLAINTIFFS' claims against DEFENDANT KIM DILLON shall be and is hereby dismissed without prejudice.

Plaintiffs are not precluded from seeking leave to amend the operative Complaint to re-name the subject Defendant if discovery later reveals grounds to do so.

Defendant is not precluded from opposing any such motion for leave to amend.

Any such motion shall be filed no later than 90 days prior to the close of fact discovery and/or the deadline to file a motion for summary judgment, whichever is sooner.

In the event the Court later grants a motion by Plaintiff for leave to amend that permits Plaintiff to re-name the subject Defendant as a Defendant, any and all applicable statute(s) of

limitation shall be deemed equitably tolled during the period of the re-named Defendant's dismissal from this litigation, as though no such dismissal had occurred.

**IT IS SO ORDERED.**

Dated:  May 8, 2025                           /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE