| | |
|---|---|
| Seth L. Goldstein, S.B.N. 176882<br>2100 Garden Road, Suite H-8<br>Monterey, California, 93940<br>Telephone (831) 372 9511<br>Fax (831) 372 9611<br>Lead-Counsel for Plaintiffs | Merit Bennett, Pro Hac Vice<br>460 St. Michael's Drive, Suite 703<br>Santa Fe, New Mexico 87505<br>Telephone: (505) 983-9834<br>Fax: (505) 983-9836<br>Co-Counsel for Plaintiffs |

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, INC., ET AL.,<br><br>Defendants. | Case No.:   2:20-cv-00635-DJC-CSK<br><br>**ORDER APPOINTING *GUARDIAN AD LITEM*** <br><br>**Judge:  Hon. Daniel J. Calabretta** |

## ORDER APPOINTING GUARDIAN AD LITEM

The Court, having considered the petition of Petitioner Plaintiff E.D. for the appointment of Gary Demers as guardian ad litem for Petitioner Plaintiff E.D., who is a minor, and good cause appearing therefore,

IT IS HEREEBY ORDERED that Gary Demers be, and he is therefore, hereby appointed to serve as guardian ad litem for Petitioner Plaintiff E.D. in the above-entitled action, and he is hereby authorized to prosecute to resolution the action referenced in the Petition.

Dated: May 12, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE