| | |
|---|---|
| Seth L. Goldstein, S.B.N. 176882 | Merit Bennett, *Pro Hac Vice* |
| 2100 Garden Road, Suite H-8 | 460 St. Michael's Drive, Suite 703 |
| Monterey, California, 93940 | Santa Fe, New Mexico 87505 |
| Telephone (831) 372 9511 | Telephone: (505) 983-9834 |
| Fax (831) 372 9611 | Fax: (505) 983-9836 |
| Lead-Counsel for Plaintiffs | Co-Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA LANGLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, Inc., et al.,<br><br>Defendants. | **Case No. 2:20-cv-00635-DJC-CSK**<br><br>**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST ACUSD, AND RELATED INDIVIDUAL DEFENDANTS**<br><br>**Judge: Hon. Daniel J. Calabretta**<br><br>**Trial Date: Not Set | Stayed** |

### ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST ACUSD AND RELATED INDIVIDUAL DEFENDANTS

The Court, having considered the Parties' stipulated dismissal, and good cause appearing therefore, hereby orders as follows:

PLAINTIFFS' claims against DEFENDANTS shall be and are dismissed without prejudice.

Plaintiffs are not precluded from seeking leave to amend the operative Complaint to re-name any of the subject Defendants if discovery later reveals grounds to do so.

Defendants are not precluded from opposing any such motion for leave to amend.

Any such motion shall be filed no later than 90 days prior to the close of fact discovery and/or the deadline to file a motion for summary judgment, whichever is sooner.

**IT IS SO ORDERED**

Dated: May 13, 2025            /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE