LEN GARFINKEL, State Bar No. 114815
General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 322-2549
lgarfinkel@cde.ca.gov

Attorneys for Defendants the California Department of Education and Tom Torlakson

*(Defendants are Exempt from Filing Fees Pursuant to Cal. Gov't. Code § 6103)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE STARK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GUIDING HANDS SCHOOL, INC., et al., <br><br> Defendants. | Case No: 2:20-cv-00635-DJC-CSK <br><br> STIPULATION AND ORDER ENLARGING PAGE LIMIT FOR MOTION OF DEFENDANTS CALIFORNIA DEPARTMENT OF EDUCATION AND TOM TORLAKSON TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT |

## STIPULATION

The Fourth Amended Complaint (4AC, Dkt. 372) is 101 pages, with 9 exhibits totaling an additional 102 pages. Defendants the California Department of Education (CDE) and former State Superintendent of Public Instruction Tom Torlakson in his individual capacity (collectively the state defendants) will file a motion to dismiss these causes of action asserted against them in the 4AC: (1) the Third Cause of Action by multiple plaintiffs against Torlakson, under 42 U.S.C. § 1983, for violation of the Fourth Amendment (excessive force); (2) the Fourth Cause of Action by plaintiff M.S. against the CDE, for violation of Education Code § 220, (3) the Twelfth Cause of Action by plaintiff M.S. against the CDE and Torlakson for negligence; and (4) the Thirteenth Cause of Action by multiple plaintiffs against Torlakson for fraud. The state defendants believe that in order to adequately address

the volume and complexity of the issues involved, they will require up to 30 pages for their opening brief, rather than 25.  Plaintiffs agree to so stipulate.

Dated: October 2, 2025                                       Respectfully submitted,

By:  /s/ Len Garfinkel
LEN GARFINKEL
General Counsel
California Department of Education
Attorney for Defendants
CDE and Tom Torlakson

Dated:  October 2, 2025             By:  /s/ Seth Goldstein
SETH GOLDSTEIN
Attorney for Plaintiffs
(As authorized on October 1, 2025)

## ORDER

The parties having stipulated to increase the page limit, and good cause appearing therefore, it is hereby **ORDERED** that:

1. Defendants California Department of Education and Tom Torlakson may have up to 30 pages for their opening brief in support of their motion to dismiss Plaintiffs' Fourth Amended Complaint.

2. Plaintiffs may have up to 30 pages for the opposition brief if so needed.

Dated:  October 2, 2025                                      /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE