CYNTHIA G. LAWRENCE (SBN 148927)
SHARONROSE CANNISTRACI (SBN 121827)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
        sharonrose@sims-law.net
        blaze@sims-law.net
        SLB-eService@sims-law.net

Attorneys for Defendants
GUIDING HANDS SCHOOL, INC.,
STARRANNE MEYERS AND CINDY KELLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE STARK, et al., | No.  2:20-cv-00635-DJC-CSK |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| GUIDING HANDS SCHOOL, INC., et al. | |
| Defendants. | |

Upon consideration of the parties' briefing and oral argument, IT IS HEREBY ORDERED that:

1.  Defendant GHS' motion for determination of good faith settlement is GRANTED; and

2.  Defendant GHS is discharged from any and all liability for any contribution, equitable comparative contribution, or partial or comparative indemnity, to the other parties in this action pursuant to California Code of Civil Procedure §§ 877 and 877.6(c).

///

///

[PROPOSED] ORDER

1    Dated:

2                                              _____
                                              Hon. Daniel J. Calabretta
3                                              UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER