CYNTHIA G. LAWRENCE (SBN 148927)
SHARONROSE CANNISTRACI (SBN 121827)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
       sharonrose@sims-law.net
       blaze@sims-law.net
       SLB-eService@sims-law.net

Attorneys for Defendants
GUIDING HANDS SCHOOL, INC.,
STARRANNE MEYERS AND CINDY KELLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE STARK, et al., | No.  2:20-cv-00635-DJC-CSK |
| Plaintiffs, | **ORDER** |
| vs. | |
| GUIDING HANDS SCHOOL, INC., et al. | |
| Defendants. | |

Upon a showing of a compelling reason, IT IS HEREBY ORDERED that:

1.    Defendant GUIDING HANDS SCHOOL, INC.'s Request to Seal is GRANTED;

2.    Exhibits 1-7 to Defendant's Request to Seal shall be filed under seal;

3.    Within seven (7) days of the date of this order, Defendant shall email a .pdf copy of the unredacted version of the exhibits to ApprovedSealed@caed.uscourts.gov for filing under seal on the docket in this case; and

4.    Pursuant to Local Rule 140(b), Defendant shall file redacted versions of Exhibits 1-7 with the settlement amounts redacted.

Dated:  January 23, 2026                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

-1-

ORDER