Seth L. Goldstein, S.B.N. 176882
2100 Garden Road, Suite H-8
Monterey, California 93940
Telephone (831) 372 9511
Fax (831) 372 9611
Lead Counsel for Plaintiffs

Merit Bennett, *Pro Hac Vice*
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone (505) 983 9834
Fax (505) 983 9836
Co-Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

MELANIE STARK, ET AL.,

    Plaintiffs,

      v.

GUIDING HANDS SCHOOL, INC.,

    Defendants.

Case No.:    2:20-cv-00635-DJC-CSK

**ORDER DISCHARGING *GUARDIAN AD LITEM***

**Judge:  Hon. Daniel J. Calabretta**

**Trial Date:  Not Set**

### ORDER DISCHARGING GUARDIAN AD LITEM

The Court, having considered the petition of Petitioner Plaintiff S.D. for the discharge of Jeremy Sundby as *guardian ad litem* ("GAL") for Petitioner Plaintiff S.D., who has reached the age of majority, and good cause appearing therefore ORDERS as follows:

1. The Court finds that the Plaintiff S.D. is now eighteen (18) years of age or older, is competent to proceed on his own behalf, and therefore no longer requires representation by a GAL.

2. Any previously appointed GAL for Plaintiff S.D. is hereby DISCHARGED, and the GAL's authority to act on behalf of those Plaintiffs in this action is terminated effective, immediately.

3. Plaintiff S.D. shall proceed in this action in his individual capacity as adult Plaintiff.

*////*

1

ORDER DISCHARGING GUARDIAN AD LITEM

    4.  The Clerk of Court shall update the docket to reflect these changes.

IT IS SO ORDERED.


Dated:  January 28, 2026                /s/ Daniel J. Calabretta

                                    THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER DISCHARGING GUARDIAN AD LITEM