**Seth L. Goldstein, S.B.N. 176882**
**2100 Garden Road, Suite H-8**
**Monterey, California, 93940**
**Telephone   (831) 372 9511**
**Fax            (831) 372 9611**

**Lead-Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In the Matter of:

| | |
|---|---|
| MELANIE STARK, et al, | ) **Case No.:** 2:22-cv-00635-DJC-CSK |
| Plaintiffs | ) **EX PARTE REQUEST FOR EXTENSION TO FILE MINOR'S COMPROMISES; (PROPOSED) ORDER THEREON** |
| vs | ) |
| GUIDING HANDS SCHOOL, et al | ) Judge:   Hon. Daniel J. Calabretta |
| Defendants. | ) SAC Filed:   01/28/22 |
| | ) Trial Date:    Not set |

Now comes Plaintiff's Counsel with a request for an extension of time to file the Minor's compromises in the captioned case due to illness of counsel.

Pursuant to the Court's order of April 24, 2026, Plaintiffs were to file the Minor's Compromises. That was assigned to the below signed counsel.

Unfortunately, Counsel contracted the flu, then pneumonia and was out of

ל 1 ל

action until yesterday, a day after the deadline to file said motions.

Counsel, respectfully, requests an additional week (by May 22) to file said motions.

There is no prejudice to Defendants with this request.

A request for objections were sent to all opposing counsel and as of this writing, no objections were received.

Dated: May 14, 2026

Respectfully submitted,     */s/ Seth L. Goldstein*
                            Seth L. Goldstein,
                            Lead Counsel for Plaintiffs

## ORDER ON REQUEST

The Court finds good cause to extend time for filing of the Minor's Compromises.

Said motions shall be filed no later than May 22, 2026.

**IT IS SO ORDERED.**

Dated: May ___ , 2026          _____

                                District Judge Daniel J. Calabretta

ל 2 ל