**Seth L. Goldstein (SBN 176882)**
**The Law Offices of Seth L. Goldstein**
**2100 Garden Road, Suite H-8**
**Monterey, CA 93940**

Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

**MELANIE STARK, ET AL.**

       Plaintiffs,

vs.

**GUIDING HANDS SCHOOL, ET AL**

       Defendants.

**Case No.: 2:20-CV-00635-DJC-CSK**

**CERTFICATE OF SERVICE**

       I am employed in the County of Monterey, State of California.

       I am over the age of eighteen (18) years old and not a party to the within action. My business address is 2100 Garden Road, Suite H-8, Monterey, CA 93940.

On the date below, I served the following:

       **EX PARTE REQUEST FOR EXTENSION TO FILE MINOR'S COMPROMISES; (PROPOSED) ORDER THEREON.**

On the parties to this action by electronic service, addressed as follows:

       Angelique Huttonhill <AHuttonhill@cde.ca.gov>,
       Paul Gant <Pgant@cde.ca.gov>,
       Sherlyn Parker <shparker@cde.ca.gov>,
       bsims@sims-law.net,
       compulaw@sims-law.net,

Jamie Graydon <jamie@sims-law.net>,
kschmitt@sims-law.net,
Nicole Schaeffer <nicole@sims-law.net>,
Calendar <calendar@szs.com>,
Lorraine J. Sole-Marciel <ljs@szs.com>,
Kristen Caprino <kristen@jsl-law.com>,
Susan Aldridge <susan@jsl-law.com>,
Amanda Moyer <amanda.moyer@llg-law.com>,
Ashley Dunnewin <ashley.dunnewin@llg-law.com>,
Dayana Anaya <dayana.anaya@llg-law.com>,
Holly Marquard <holly.marquard@llg-law.com>,
Star Smith <star.smith@llg-law.com>,
Tereta McClory <tmcclory@cde.ca.gov>,
Lindsey Goodwin <lindsey.goodwin@llg-law.com>,
sclteam@llg-law.com,
Shawn Loorz <shawn.loorz@llg-law.com>,
Sharonrose Cannistraci <Sharonrose@sims-law.net>,
Merit Bennett <mb@thebennettlawgroup.com>,
Len Garfinkel <LGarfinkel@cde.ca.gov>,
Jeffery C. Long <jeffery.long@llg-law.com>,
Blaze Van Dine <blaze@sims-law.net>,
Cynthia Lawrence <cynthia@sims-law.net>,
Daniela P. Stoutenburg <dps@szs.com>,
Jason Sherman <jason@jsl-law.com>,
The Bennett Law Group  <tblgexternalmail@gmail.com>

[ X ] (BY E MAIL)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 14, 2026, at Monterey, California.


*Megan Azevedo*
Megan Azevedo

CERTFICATE OF SERVICE - 2