Seth L. Goldstein, S.B.N. 176882
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone (831) 372 9511
Fax (831) 372 9611

Lead-Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

MELANIE STARK, ET AL,

    Plaintiffs,

      v.

GUIDING HANDS SCHOOL, ET AL,

    Defendants.

Case No.:   2:20-cv-00635-DJC-CSK

**ORDER GRANTING EX PARTE REQUEST FOR EXTENSION TO FILE MINOR'S COMPROMISES**

Judge:  Hon. Daniel J. Calabretta
SAC Filed:  01/28/22
Trial Date:  Not set

      The Court finds good cause to extend time for filing of the Minor's Compromises. Said motions shall be filed no later than May 22, 2026.

IT IS SO ORDERED.

Dated: May 15, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING EX PARTE REQUEST FOR EXTENSION TO FILE MINOR'S COMPROMISES