**Seth L. Goldstein, S.B.N. 176882**
**2100 Garden Road, Suite H-8**
**Monterey, California, 93940**
**Telephone   (831) 372 9511**
**Fax          (831) 372 9611**

**Lead-Counsel for Plaintiffs**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

In the Matter of:

|  |  |
|---|---|
| ———————————————————— ) | **Case No.:** 2:20-cv-00635-DJC-CSK |
| ) | |
| **MELANIE STARK, et al,** ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND TIME TO FILE** |
| **Plaintiffs** ) | **STATUS REPORT** |
| **vs** ) | |
| ) | Judge:    Hon. Daniel J. Calabretta |
| **GUIDING HANDS SCHOOL, et al** ) | SAC Filed:    01/28/22 |
| ) | Trial Date:    Not set |
| **Defendants.** ) | |
| ) | |

———————————————————

It is hereby stipulated between the parties that:

1. Due to Plaintiff's co-counsel Merit Bennett's health issues requiring him to withdraw, time is needed for plaintiff's lead counsel, Seth Goldstein, to find another attorney versed in federal court practices.

2. The parties agree Defendant's will not be prejudiced by this extension.

3. The parties, therefore, agree to extend the time to meet-and-confer, then file

ל 1 ל

a status report on June 18, 2026.

Dated: May 18, 2026                    */s/ Seth L. Goldstein*
                                        Seth L. Goldstein,
                                        Lead counsel for Plaintiffs

Dated: May 18, 2026                    */s/ Angelique Huttonhill*
                                        Angelique Huttonhill
                                        For CDE

**GOOD CAUSE APPEARING,**

The parties joint request to extend time to meet-and-confer, then file a joint status report by June 18, 2026, is granted/denied.

**IT IS SO ORDERED.**

Dated: May 18, 2026                    _____
                                        Hon. Daniel J. Calabretta,
                                        Judge of the Eastern District