**Seth L. Goldstein (SBN 176882)**
**The Law Offices of Seth L. Goldstein**
**2100 Garden Road, Suite H-8**
**Monterey, CA 93940**
**Telephone:    (831) 372-9511**

Lead-Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

**MELANIE STARK, ET AL.**

            Plaintiffs,

vs.

**GUIDING HANDS SCHOOL, ET AL**,

            Defendants.

**Case No.: 2:20-cv-00635-DJC-CSK**

**PLAINTIFF'S EX PARTE MOTION TO SEAL MINOR'S COMPROMISE DOCUMENTS CONSISTENT WITH DEFENDANTS' SEALING ORDER [DOC. 393] AND REQUEST TO SEAL [DOC.389]**

Judge: Hon. Daniel J. Calabretta
SAC filed: 01/08/2022
Trial Date: Not Set

Now come Plaintiffs with an ex parte request to file underseal the minor's compromises for Plaintiffs M.S. and E.D. consistent with the request made by Defendants (Doc. 389) and subsequent order granting the request to file settlements under seal (Doc. 393).

The Minor's Compromises contain settlement amounts that the Court recognized as needing to be sealed for the reasons stated in Defendant's request, of which we incorporate by reference as though fully set forth herein (filed herewith as Exhibit A).

Minors M.S. and E.D., respectfully, request and require the Court's approval for the settlement amounts as listed within each motion for the compromise to be filed under seal.

Dated: May 20, 2026

*/s/ Seth L. Goldstein*
Seth L. Goldstein,
Attorney for Plaintiffs