Seth L. Goldstein (SBN 176882)
The Law Offices of Seth L. Goldstein
2100 Garden Road, Suite H-8
Monterey, CA 93940
Telephone:    (831) 372-9511

Lead-Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | Case No.: 2:20-cv-00635-DJC-CSK |
|---|---|
| MELANIE STARK, ET AL. | |
| Plaintiffs, | **EXHIBIT A TO PLAINTIFF'S EX PARTE MOTION TO SEAL MINOR'S COMPROMISE DOCUMENTS CONSISTENT WITH DEFENDANTS' SEALING ORDER [DOC. 393] AND REQUEST TO SEAL [DOC.389]** |
| vs. | |
| GUIDING HANDS SCHOOL, ET AL, | |
| Defendants. | Judge: Hon. Daniel J. Calabretta SAC filed: 01/08/2022 Trial Date: Not Set |

Exhibit A, described in Moving Papers, Doc's 389 and 393.

CYNTHIA G. LAWRENCE (SBN 148927)
SHARONROSE CANNISTRACI (SBN 121827)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
        sharonrose@sims-law.net
        blaze@sims-law.net
        SLB-eService@sims-law.net

Attorneys for Defendants
GUIDING HANDS SCHOOL, INC.,
STARRANNE MEYERS AND CINDY KELLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MELANIE STARK, et al., | No. 2:20-cv-00635-DJC-CSK |
|---|---|
| Plaintiffs, | **NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL** |
| vs. | |
| GUIDING HANDS SCHOOL, INC., et al. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN TO ALL PARTIES, COUNSEL AND THE COURT that Defendant GUIDING HANDS SCHOOLS, INC. ("GHS"), brings this Request to Seal, seeking approval to file under seal seven settlement agreements with only the settlement amounts redacted.[1]  GHS seeks to file these documents under seal in connection with GHS' Motion for Good Faith Settlement Determination and Plaintiffs' Petitions for Minor Compromise and Disabled Adult Compromises.  GHS seeks to file under seal only the amounts of the settlement paid to the minor and disabled adult Plaintiffs and, therefore,

---

[1] In compliance with Local Rule 141(b) copies of the documents sought to be filed under seal have been provided to all parties and the Court.

-1-

NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL

seeks permission pursuant to Local Rule 140(b) to file copies of the settlements with the settlement amounts redacted.

Pursuant to Local Rule 141(a), documents may be filed under seal only by written order of the Court upon the applicable showing.  When evaluating a request to seal, the Court starts "'with a strong presumption in favor of access to court records.'"  *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3rd 1092, 1096 (9th Cir. 2016) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3rd 1122, 1135 (9th Cir. 2003)).  "The presumption of access is 'based on the need for federal courts, although independent – indeed, particularly because they are independent – to have a measure of accountability and for the public to have confidence in the administration of justice.'"  *Id.* (quoting *United States v. Amodeo*, 71 F.3d 1044, 1048 (2nd Cir. 1995)).

A party seeking to file documents under seal generally will have to show that "'compelling reasons'" support secrecy.  *Id.* (quoting *Kamakana*, 447 F.3d at 1178).  If the documents are only "tangentially related to the merits of a case," the request to seal may be granted on a showing of "good cause."  *Id.* at 1097-1101.

Courts in the Eastern District have found that the compelling reason standard applies to requests to seal documents related to a petition for minor's compromise.  *See, e.g.*, *Doe v. Cnty. of Sacramento*, No. 2:21-cv-01438 DC CKD, 2025 WL 2444255, at *1 (E.D. Cal. Aug. 25, 2025); *Cantu v. Kings Cnty.*, Case No. 1:20-cv-0538 JLT SAB, 2023 WL 7287006, at *1 (E.D. Cal. Oct. 3, 2023).

Here, the amount of money paid to the Plaintiffs concerns a "highly sensitive" matter.  *Medina v. Cnty. of Monterey*, Case No. 24-cv-00053-BLF, 2024 WL 2112890, at *2 (N.D. Cal. Apr. 16, 2024).  Moreover, sealing the amounts protects the minor and disabled Plaintiffs from being solicited by third parties.  *See Pessano v. Blue Cross of California*, Case No. 1:24-CV-01189-JLT-EPG, 2025 WL 918740, at *2 (E.D. Cal. Mar. 26, 2025) ("the amount a minor plaintiff receives in a settlement can be a compelling reason in a case to seal information, so as to avoid the minor being subjected to unwanted attention based on the amount they received").

-2-

NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL

Accordingly, GHS requests the Court grant the Request to Seal.  In order to keep the request narrowly tailored, GHS seeks permission pursuant to Local Rule 140(b) to file a redacted version of the seven settlement agreements with only the settlement amounts redacted.

Dated:  January 19, 2026

SIMS, LAWRENCE & BROGHAMMER

By: _____
CYNTHIA G. LAWRENCE
SHARONROSE CANNISTRACI
BLAZE VAN DINE
Attorneys for Defendants
GUIDING HANDS SCHOOL, INC.,
STARRANNE MEYERS AND
CINDY KELLER

-3-

**NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL**

CYNTHIA G. LAWRENCE (SBN 148927)
SHARONROSE CANNISTRACI (SBN 121827)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
        sharonrose@sims-law.net
        blaze@sims-law.net
        SLB-eService@sims-law.net

Attorneys for Defendants
GUIDING HANDS SCHOOL, INC.,
STARRANNE MEYERS AND CINDY KELLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE STARK, et al., | No.  2:20-cv-00635-DJC-CSK |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| GUIDING HANDS SCHOOL, INC., et al. | |
| Defendants. | |

Upon a showing of a compelling reason, IT IS HEREBY ORDERED that:

1.    Defendant GUIDING HANDS SCHOOL, INC.'s Request to Seal is GRANTED;

2.    Exhibits 1-7 to Defendant's Request to Seal shall be filed under seal;

3.    Within seven (7) days of the date of this order, Defendant shall email a .pdf copy of the unredacted version of the exhibits to ApprovedSealed@caed.uscourts.gov for filing under seal on the docket in this case; and

4.    Pursuant to Local Rule 140(b), Defendant shall file redacted versions of Exhibits 1-7 with the settlement amounts redacted.

DATED:                                            _____
                                                        HON. DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER

CYNTHIA G. LAWRENCE (SBN 148927)
SHARONROSE CANNISTRACI (SBN 121827)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
         sharonrose@sims-law.net
         blaze@sims-law.net
         SLB-eService@sims-law.net

Attorneys for Defendants
GUIDING HANDS SCHOOL, INC.,
STARRANNE MEYERS AND CINDY KELLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE STARK, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GUIDING HANDS SCHOOL, INC., et al.<br><br>                    Defendants. | No.  2:20-cv-00635-DJC-CSK<br><br>**NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL** |

NOTICE IS HEREBY GIVEN TO ALL PARTIES, COUNSEL AND THE COURT that Defendant GUIDING HANDS SCHOOLS, INC. ("GHS"), brings this Request to Seal, seeking approval to file under seal seven settlement agreements with only the settlement amounts redacted.[1]  GHS seeks to file these documents under seal in connection with GHS' Motion for Good Faith Settlement Determination and Plaintiffs' Petitions for Minor Compromise and Disabled Adult Compromises.  GHS seeks to file under seal only the amounts of the settlement paid to the minor and disabled adult Plaintiffs and, therefore,

---

[1] In compliance with Local Rule 141(b) copies of the documents sought to be filed under seal have been provided to all parties and the Court.

-1-

NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL

seeks permission pursuant to Local Rule 140(b) to file copies of the settlements with the settlement amounts redacted.

Pursuant to Local Rule 141(a), documents may be filed under seal only by written order of the Court upon the applicable showing.  When evaluating a request to seal, the Court starts "'with a strong presumption in favor of access to court records.'"  *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3rd 1092, 1096 (9th Cir. 2016) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3rd 1122, 1135 (9th Cir. 2003)).  "The presumption of access is 'based on the need for federal courts, although independent – indeed, particularly because they are independent – to have a measure of accountability and for the public to have confidence in the administration of justice.'"  *Id.* (quoting *United States v. Amodeo*, 71 F.3d 1044, 1048 (2nd Cir. 1995)).

A party seeking to file documents under seal generally will have to show that "'compelling reasons'" support secrecy.  *Id.* (quoting *Kamakana*, 447 F.3d at 1178).  If the documents are only "tangentially related to the merits of a case," the request to seal may be granted on a showing of "good cause."  *Id.* at 1097-1101.

Courts in the Eastern District have found that the compelling reason standard applies to requests to seal documents related to a petition for minor's compromise.  *See, e.g.*, *Doe v. Cnty. of Sacramento*, No. 2:21-cv-01438 DC CKD, 2025 WL 2444255, at *1 (E.D. Cal. Aug. 25, 2025); *Cantu v. Kings Cnty.*, Case No. 1:20-cv-0538 JLT SAB, 2023 WL 7287006, at *1 (E.D. Cal. Oct. 3, 2023).

Here, the amount of money paid to the Plaintiffs concerns a "highly sensitive" matter.  *Medina v. Cnty. of Monterey*, Case No. 24-cv-00053-BLF, 2024 WL 2112890, at *2 (N.D. Cal. Apr. 16, 2024).  Moreover, sealing the amounts protects the minor and disabled Plaintiffs from being solicited by third parties.  *See Pessano v. Blue Cross of California*, Case No. 1:24-CV-01189-JLT-EPG, 2025 WL 918740, at *2 (E.D. Cal. Mar. 26, 2025) ("the amount a minor plaintiff receives in a settlement can be a compelling reason in a case to seal information, so as to avoid the minor being subjected to unwanted attention based on the amount they received").

-2-

**NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL**

Accordingly, GHS requests the Court grant the Request to Seal.  In order to keep the request narrowly tailored, GHS seeks permission pursuant to Local Rule 140(b) to file a redacted version of the seven settlement agreements with only the settlement amounts redacted.

Dated:  January 19, 2026                    SIMS, LAWRENCE & BROGHAMMER


By: _____
     CYNTHIA G. LAWRENCE
     SHARONROSE CANNISTRACI
     BLAZE VAN DINE
     Attorneys for Defendants
     GUIDING HANDS SCHOOL, INC.,
     STARRANNE MEYERS AND
     CINDY KELLER

-3-

**NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL**

CYNTHIA G. LAWRENCE (SBN 148927)
SHARONROSE CANNISTRACI (SBN 121827)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
        sharonrose@sims-law.net
        blaze@sims-law.net
        SLB-eService@sims-law.net

Attorneys for Defendants
GUIDING HANDS SCHOOL, INC.,
STARRANNE MEYERS AND CINDY KELLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE STARK, et al., | No.  2:20-cv-00635-DJC-CSK |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| GUIDING HANDS SCHOOL, INC., et al. | |
| Defendants. | |

Upon a showing of a compelling reason, IT IS HEREBY ORDERED that:

1.    Defendant GUIDING HANDS SCHOOL, INC.'s Request to Seal is GRANTED;

2.    Exhibits 1-7 to Defendant's Request to Seal shall be filed under seal;

3.    Within seven (7) days of the date of this order, Defendant shall email a .pdf copy of the unredacted version of the exhibits to ApprovedSealed@caed.uscourts.gov for filing under seal on the docket in this case; and

4.    Pursuant to Local Rule 140(b), Defendant shall file redacted versions of Exhibits 1-7 with the settlement amounts redacted.

DATED:                                    _____
                                          HON. DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER