**Seth L. Goldstein (SBN 176882)**
**The Law Offices of Seth L. Goldstein**
**2100 Garden Road, Suite H-8**
**Monterey, CA 93940**
**Telephone:    (831) 372-9511**

Lead-Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | **Case No.: 2:20-cv-00635-DJC-CSK** |
| **MELANIE STARK, ET AL.** | |
| Plaintiffs, | **PROPOSED ORDER ON PLAINTIFF'S EX PARTE MOTION TO SEAL MINOR'S COMPROMISE DOCUMENTS CONSISTENT WITH DEFENDANTS' SEALING ORDER [DOC. 393] AND REQUEST TO SEAL [DOC.389]** |
| vs. | |
| **GUIDING HANDS SCHOOL, ET AL**, | |
| Defendants. | Judge: Hon. Daniel J. Calabretta<br>SAC filed: 01/08/2022<br>Trial Date: Not Set |

The Court, having reviewed the ex parte request to seal and its attachments, finds that there is good cause to file the unredacted Minor's Compromise for Plaintiffs M.S. and E.D. under seal.

Upon a showing of a compelling reason, IT IS HEREBY ORDERED that:

1. Plaintiff's Request to Seal is GRANTED;

2. Minor's Compromises for Plaintiff's M.S. and E.D. and the supporting declaration of counsel identified in Plaintiff's Request to Seal shall be filed under seal;

3. Within seven (7) days of the date of this order, Defendant shall email a .pdf

copy of the unredacted version of the Motions, the supporting declaration, and its exhibits to ApprovedSealed@caed.uscourts.gov for filing under seal on the docket in this case; and

4. Pursuant to Local Rule 140(b), Defendant shall file redacted versions of the Minor's Compromises and declarations in support with the settlement amounts redacted.

Dated: _____ , 2026        _____

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE