**Seth L. Goldstein (SBN 176882)**
**The Law Offices of Seth L. Goldstein**
**2100 Garden Road, Suite H-8**
**Monterey, CA 93940**

Lead Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

**MELANIE STARK, ET AL.**

      Plaintiffs,

vs.

**GUIDING HANDS SCHOOL, ET AL**

      Defendants.

**Case No.: 2:20-CV-00635-DJC-CSK**

**CERTFICATE OF SERVICE**

      I am employed in the County of Monterey, State of California.

      I am over the age of eighteen (18) years old and not a party to the within action. My business address is 2100 Garden Road, Suite H-8, Monterey, CA 93940.

On the date below, I served the following:

**PLAINTIFF'S EX PARTE MOTION TO SEAL MINOR'S COMPROMISE DOCUMENTS CONSISTENT WITH DEFENDANTS' SEALING ORDER [DOC. 393] AND REQUEST TO SEAL [DOC.389]**

On the parties to this action by electronic service, addressed as follows:

      Angelique Huttonhill <AHuttonhill@cde.ca.gov>,
      Paul Gant <Pgant@cde.ca.gov>,
      Sherlyn Parker <shparker@cde.ca.gov>,
      bsims@sims-law.net,

CERTFICATE OF SERVICE - 1

compulaw@sims-law.net,
Jamie Graydon <jamie@sims-law.net>,
kschmitt@sims-law.net,
Nicole Schaeffer <nicole@sims-law.net>,
Calendar <calendar@szs.com>,
Lorraine J. Sole-Marciel <ljs@szs.com>,
Kristen Caprino <kristen@jsl-law.com>,
Susan Aldridge <susan@jsl-law.com>,
Amanda Moyer <amanda.moyer@llg-law.com>,
Ashley Dunnewin <ashley.dunnewin@llg-law.com>,
Dayana Anaya <dayana.anaya@llg-law.com>,
Holly Marquard <holly.marquard@llg-law.com>,
Star Smith <star.smith@llg-law.com>,
Tereta McClory <tmcclory@cde.ca.gov>,
Lindsey Goodwin <lindsey.goodwin@llg-law.com>,
sclteam@llg-law.com,
Shawn Loorz <shawn.loorz@llg-law.com>,
Sharonrose Cannistraci <Sharonrose@sims-law.net>,
Merit Bennett <mb@thebennettlawgroup.com>,
Len Garfinkel <LGarfinkel@cde.ca.gov>,
Jeffery C. Long <jeffery.long@llg-law.com>,
Blaze Van Dine <blaze@sims-law.net>,
Cynthia Lawrence <cynthia@sims-law.net>,
Daniela P. Stoutenburg <dps@szs.com>,
Jason Sherman <jason@jsl-law.com>,
The Bennett Law Group  <tblgexternalmail@gmail.com>

[ X ] (BY E MAIL)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 20, 2026, at Monterey, California.

_Megan Azevedo_
Megan Azevedo

CERTFICATE OF SERVICE - 2