Seth L. Goldstein, S.B.N. 176882
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone (831) 372 9511
Fax (831) 372 9611

Lead-Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

MELANIE STARK, ET AL.,

    Plaintiffs,

     v.

GUIDING HANDS SCHOOL, ET AL.,

    Defendants.

Case No.:    2:20-cv-00635-DJC-CSK

**STIPULATION AND ORDER TO EXTEND TIME TO FILE STATUS REPORT**

Judge: Hon. Daniel J. Calabretta
SAC Filed: 01/28/22
Trial Date: Not set

1

STIPULATION AND ORDER TO EXTEND TIME TO FILE STATUS REPORT

## STIPULATION

It is hereby stipulated between the parties that:

1.  Due to Plaintiff's co-counsel Merit Bennett's health issues requiring him to withdraw, time is needed for plaintiff's lead counsel, Seth Goldstein, to find another attorney versed in federal court practices.

2.  The parties agree Defendant's will not be prejudiced by this extension.

3.  The parties, therefore, agree to extend the time to meet-and-confer, then file a status report on June 18, 2026.

Dated:  May 18, 2026                     _/s/ Seth L. Goldstein_
                                         Seth L. Goldstein,
                                         Lead Counsel for Plaintiffs

Dated:  May 18, 2026                     _/s/ Angelique Huttonhill_
                                         Angelique Huttonhill
                                         For CDE

## ORDER

**GOOD CAUSE APPEARING,**

The parties' joint request to extend time to meet-and-confer, then file a joint status report by June 18, 2026, is GRANTED.

**IT IS SO ORDERED.**

Dated:  May 20, 2026                     /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO FILE STATUS REPORT