Seth L. Goldstein (SBN 176882)
The Law Offices of Seth L. Goldstein
2100 Garden Road, Suite H-8
Monterey, CA 93940
Telephone: (831) 372-9511

Lead-Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

MELANIE STARK, ET AL.,

    Plaintiffs,

     v.

GUIDING HANDS SCHOOL, ET AL.,

    Defendants.

Case No.:    2:20-cv-00635-DJC-CSK

**ORDER ON PLAINTIFF'S EX PARTE MOTION TO SEAL MINOR'S COMPROMISE DOCUMENTS CONSISTENT WITH DEFENDANTS' SEALING ORDER [DOC. 393] AND REQUEST TO SEAL [DOC.389]**

Judge: Hon. Daniel J. Calabretta
SAC filed: 01/08/2022
Trial Date: Not Set

ORDER ON PLAINTIFF'S EX PARTE MOTION TO SEAL MINOR'S COMPROMISE DOCUMENTS
CONSISTENT WITH DEFENDANTS' SEALING ORDER [DOC. 393] AND REQUEST TO SEAL [DOC.389]

The Court, having reviewed the ex parte request to seal and its attachments, finds that there is good cause to file the unredacted Minor's Compromise for Plaintiffs M.S. and E.D. under seal.

Upon a showing of a compelling reason, IT IS HEREBY ORDERED that:

1. Plaintiff's Request to Seal is GRANTED;

2. Minor's Compromises for Plaintiff's M.S. and E.D. and the supporting declaration of counsel identified in Plaintiff's Request to Seal shall be filed under seal;

3. Within seven (7) days of the date of this order, Defendant shall email a .pdf copy of the unredacted version of the Motions, the supporting declaration, and its exhibits to ApprovedSealed@caed.uscourts.gov for filing under seal on the docket in this case; and

4. Pursuant to Local Rule 140(b), Defendant shall file redacted versions of the Minor's Compromises and declarations in support with the settlement amounts redacted.

Dated: May 28, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

ORDER ON PLAINTIFF'S EX PARTE MOTION TO SEAL MINOR'S COMPROMISE DOCUMENTS
CONSISTENT WITH DEFENDANTS' SEALING ORDER [DOC. 393] AND REQUEST TO SEAL [DOC.389]