Seth L. Goldstein, S.B.N. 176882
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone (831) 372 9511
Fax (831) 372 9611
Lead-Counsel for Plaintiffs

Merit Bennett, *Pro Hac Vice*
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone: (505) 983-9834
Fax: (505) 983-9836
Co-Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STACIA LANGLEY, et al.,

Plaintiffs,

v.

GUIDING HANDS SCHOOL, Inc., et al.,

Defendants.

**Case No. 2:20-cv-00635-DJC-CSK**

**[PROPOSED] ORDER APPROVING SETTLEMENT FOR PLAINTIFF M.S.**

**DATE:**

**TIME:**

**Judge: Hon. Daniel J. Calabretta**

**TAC Filed: 04.30.21**
**SAC Filed:  05.30.20**

**Trial Date:  Not Set | Stayed**

**[PROPOSED] ORDER APPROVING SETTLEMENT FOR PLAINTIFF M.S.**

The Court, having considered the Motion to Approve Settlement for Plaintiff M.S., and upon evidence introduced hereby finds:

1. That the averments of the verified Motion are true;

2. That the settlement as set forth herein is approved, as it is in the best interest of the Plaintiff M.S.; and

3. That the distribution of funds as set forth herein is approved, as it is in the best interest of Plaintiff M.S.

WHEREFORE, IT IS HEREBY ORDERED:

1. The settlement and compromise as to the Defendant GUIDING HANDS SCHOOL (hereinafter collectively referred to as "DEFENDANT") is approved, and petitioner is authorized on behalf of M.S. to compromise his claim as to said Defendant for a total sum of ███████████████████████ ($██████, and to execute and deliver the necessary release, drafts and other documents to effectuate this compromise with Defendant.

2. Petitioner is authorized to dismiss his action with prejudice as to said Defendant upon payment of all settlement funds by said Defendant.

3. Petitioner is authorized to reimburse his attorneys' litigation costs and expenses in the amount of $██████ and pay fees of 33% in the amount of $██████

4. That the net settlement funds of ██████ shall be paid to Melanie Stark.

5. That the net settlement funds of ██████ shall be paid to Guardian Ad Litem for deposit in a blocked account in an insured financial institution and are subject to withdrawal only upon the authorization of the Court until the minor becomes of age of majority, and then funds shall be disbursed to Plaintiff M.S. upon his 18th birthday.

IT IS SO ORDERED.


DATE: _____          _____

                            UNITED STATES DISTRICT JUDGE