Seth L. Goldstein, S.B.N. 176882
slglawoffice@gmail.com
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone (831) 372 9511
Fax (831) 372 9611
Lead-Counsel for Plaintiffs

Merit Bennett, *Pro Hac Vice*
mb@thebennettlawgroup.com
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone: (505) 983-9834
Fax: (505) 983-9836
Co-Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STACIA LANGLEY, et al.,

Plaintiffs,

v.

GUIDING HANDS SCHOOL, Inc., et al.,

Defendants.

**Case No. 2:20-cv-00635-DJC-CSK**

**DECLARATION OF SETH GOLDSTEIN IN SUPPORT OF MOTION TO APPROVE SETTLEMENT FOR PLAINTIFF M.S.**

**DATE:**

**TIME:**

**Judge: Hon. Daniel J. Calabretta**

**TAC Filed: 04.30.21**
**SAC Filed:  05.30.20**

**Trial Date: Not Set**

**DECLARATION OF SETH GOLDSTEIN IN SUPPORT OF MOTION TO APPROVE SETTLEMENT FOR PLAINTIFF M.S.**

I, Seth Goldstein, hereby declare as follows:

1.     I am an attorney admitted to practice in the State of California and the Eastern District of California..

2.     I am co-counsel of record for the Plaintiffs herein.

3.     I have personal knowledge as to the facts set forth above, and for those that are not personally known to me, they are offered on information and belief from supporting documentation.

- 1 -

MOTION TO APPROVE SETTLEMENT FOR PLAINTIFF M.S.

4.      This declaration is made in support of the Motion to Approve Settlement for Plaintiff M.S.

5.      The Bennett Law Group, LLC, in association with the Law Offices of Seth L. Goldstein, was originally retained by Plaintiff M.S.'s mother, Melanie Stark, to prosecute the subject case. Ms. Mrs. Stark signed an Attorney-Client Fee Contract agreeing to pay the fee of 33% of any gross recovery..

6.      The Bennett Law Group, LLC, was associated with the Law Offices of Seth L. Goldstein to prosecute the litigation against defendants at all times since association, and both firms have been actively engaged in the representation of Plaintiff M.S.

7.      In the course of prosecuting this action, the Law Office of Seth L. Goldstein advanced the sum of ████ in costs and prosecution of the present case.  This action involves multiple plaintiffs represented jointly by counsel Goldstein and arose from a common nucleus of operative facts. In the course of prosecuting the action, counsel Goldstein incurred certain litigation costs that were necessary to advance the claims of all plaintiffs collectively, including filing fees, service costs, expert-related expenses, discovery expenses, and mediation-related costs.

8.      Rather than attempting to apportion each individual cost to a specific Plaintiff M.S., counsel Goldstein allocated the total shared litigation costs evenly among the settling plaintiffs as a fair and reasonable method of cost allocation. Counsel Mr. Goldstein believes this equal allocation accurately reflects the collective benefit conferred on all plaintiffs and avoids arbitrary or speculative cost assignment. The portion of costs allocated to Plaintiff M.S. for Seth L. Goldstein represents Plaintiff's proportional share of the global litigation expenses incurred in this action by the Law Office of Seth L. Goldstein.

9.      Counsel for Plaintiffs requests that the balance of the proceeds of the settlement be disbursed as follows:

| | |
|---|---|
| Settlement Amount | ████ |
| Less Attorney Fees (33%) | ████ |
| Less Litigation Costs Reimbursement | ████ |
| Net to clients | ████ |
| Net to Melanie Stark | ████ |

- 2 -

Net to Plaintiff M.S.                                    $▮▮▮▮▮

The net lump sum paid to M.S. by way of GAL for deposit in a blocked account in an insured financial institution is subject to withdrawal only upon the authorization of the Court.

10.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed at Santa Fe, New Mexico.

DATED: May 15, 2026.

_/s/ *Seth Goldstein*_____
Seth Goldstein, Attorney at Law

- 3 -