Seth L. Goldstein, S.B.N. 176882
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone (831) 372 9511
Fax (831) 372 9611
Lead-Counsel for Plaintiffs

Merit Bennett, *Pro Hac Vice*
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone: (505) 983-9834
Fax: (505) 983-9836
Co-Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STACIA LANGLEY, et al.,

Plaintiffs,

v.

GUIDING HANDS SCHOOL, Inc., et al.,

Defendants.

**Case No. 2:20-cv-00635-DJC-CSK**

**CERTIFICATE OF SERVICE: NOTICE AND MOTION TO APPROVE SETTLEMENT FOR PLAINTIFF M.S.**

**CERTIFICATE OF SERVICE:**
**NOTICE AND MOTION TO APPROVE SETTLEMENT FOR PLAINTIFF M.S.**

I am admitted to practice in the County of Monterey, State of California.

I am over the age of eighteen (18) years and not a party to the within action.  My business address is 2100 Garden Road, Suite H-8, Monterey, California 93940.

I hereby certify that on this 2nd day of June, 2026, we filed the foregoing pleading electronically through the CM/ECF system, which notified the following counsel of record serving the same on the parties to this action by electronic service, as addressed as follows:

Cynthia Gill Lawrence: cynthia@sims-law.net

Daniela Patricia Stoutenburg: dps@szs.com

Domenic D. Spinelli: domenics@sdnlaw.com

Jason M. Sherman: jason@jsl-law.com

Jeffery Clair Long: jeffery.long@llg-law.com

Angelique Huttonhill, Esq: AHuttonhill@cde.ca.gov

Ross R. Nott: rossn@sdnlaw.com

[ X ]  (BY ELECTRONIC SERVICE)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 2, 2026, at Monterey, California.

/s/ Seth Goldstein

Seth Goldstein, Attorney at Law